## Nell M. Belcher, Appellant, v. Citizens Coach Company, Inc., and Elizabeth Keiser, Appellees.

opinion
filed October 27, 1944; released for publication November 27, 1944.
Whitnel, Browning, Listeman & Walker, for appellant; 'Lloyd Middleton,
of counsel; Green & Hoagland, for appellees; Kenneth F. Kelly, of
counsel. Opinion by JUSTICE CULBERTSON. Not to. be published in full.